United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-14315-pmm
Donald S Bradbury, III  Chapter 13
Dawn M Bradbury
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jul 23, 2024      Form ID: 138OBJ      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald S Bradbury, III, Dawn M Bradbury, 106 State Rd, Media, PA 19063-1318 |
| 14558045 | + | FREEDOM MORTGAGE CORPORATION, c/o Rebecca Ann Solarz, Esquire, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14366232 | | Freedom Mortgage Corporation, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14353894 | + | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 24 2024 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 24 2024 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14353883 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2024 00:24:31 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14357100 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 24 2024 00:24:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14353884 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 24 2024 00:25:14 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14353885 | ^ | MEBN | Jul 24 2024 00:09:15 | Experian Telecom Self, Po Box 4500, Allen, TX 75013-1311 |
| 14353886 | ^ | MEBN | Jul 24 2024 00:09:14 | Experian Utility Self, Po Box 4500, Allen, TX 75013-1311 |
| 14380742 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 24 2024 00:15:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14353887 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 24 2024 00:24:31 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14353888 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 24 2024 00:15:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14353889 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 24 2024 00:15:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 14359353 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 00:35:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14353890 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 00:24:12 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14365646 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2024 00:23:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14353891 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2024 00:24:27 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14353892 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2024 00:16:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14374797 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2024 00:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14353893 | + | Email/Text: bankruptcy@sccompanies.com | Jul 24 2024 00:16:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14353895 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2024 00:24:27 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14386947 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2024 00:24:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14376262 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 24 2024 00:16:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14353896 | + | Email/Text: bncmail@w-legal.com | Jul 24 2024 00:16:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14374815 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 24 2024 00:15:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14417743 | *+ | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14620005 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

**Name**             **Email Address**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 23, 2024 | Form ID: 138OBJ | Total Noticed: 27

DENISE ELIZABETH CARLON
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JEANNE MARIE CELLA
    on behalf of Joint Debtor Dawn M Bradbury paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com

JEANNE MARIE CELLA
    on behalf of Debtor Donald S Bradbury III paralegal@lawjmc.com, r46298@notify.bestcase.com;pennduke@gmail.com

JEROME B. BLANK
    on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

ROBERT J. DAVIDOW
    on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 63 − 54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Donald S Bradbury III ) | Case No. 19−14315−pmm |
| ) | |
| ) | |
|    Dawn M Bradbury ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

            Eastern District of Pennsylvania
            900 Market Street
            Suite 400
            Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 23, 2024                                                              For The Court

                                                                                                        Timothy B. McGrath
                                                                                                         Clerk of Court