United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-14315-pmm
Donald S Bradbury, III     Chapter 13
Dawn M Bradbury
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Dec 03, 2024     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

Recip ID     Recipient Name and Address
db/jdb     + Donald S Bradbury, III, Dawn M Bradbury, 106 State Rd, Media, PA 19063-1318

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

**Name     Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JEANNE MARIE CELLA
     on behalf of Debtor Donald S Bradbury III paralegal@lawjmc.com, r46298@notify.bestcase.com;pennduke@gmail.com

JEANNE MARIE CELLA
     on behalf of Joint Debtor Dawn M Bradbury paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com

JEROME B. BLANK
     on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com mmorris@pincuslaw.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

ROBERT J. DAVIDOW

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 03, 2024 | Form ID: 195 | Total Noticed: 1

       on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

THOMAS SONG
       on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Donald S Bradbury, III and Dawn M Bradbury            : Case No. 19−14315−pmm
    Debtor(s)

### ORDER
_____

AND NOW, this day , December 3, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                   By The Court

                   Patricia M. Mayer
                   Judge, United States Bankruptcy Court